# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**LYDIA BLAND-MCCULLOUGH**                                          **PLAINTIFF**

**v.**                         **Case No. 4:23-cv-00037-LPR**

**WILLIAM TAPLEY, Chief of Police,**
**in his Individual and Official Capacities;**
**and THE CITY OF CONWAY**                                      **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that judgment is entered in favor of Defendants on all claims brought against them in this case.

IT IS SO ADJUDGED this 20th day of March 2025.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE